IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NIVA PATEL, § | |
| Plaintiff, § | |
| § | Civil No. 3:10-CV-00143-K (BF) |
| v. § | |
| § | |
| CHASE HOME FINANCE and § | |
| BANK OF AMERICA, § | |
| Defendants. § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Court reviewed the proposed Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The District Court *sua sponte* dismisses without prejudice Plaintiff's claims against Chase Home Finance and Bank of America for failure to effectuate service within 120 days of filing the Complaint.

SO ORDERED this 14th day of September, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE